# Exhibit 5

Strictly Confidential

# GreyList Output Report



Client: K2

Compiled on 26 February 2020

Prepared by Greylist Trace Limited

# Contents

| | | | |
|---|---|---|---|
| The brief | 3 | Group B | 7 |
| Email Groups | 4 | Group C | 8 |
| The process | 5 | The next steps | 9 |
| Group A | 6 | Disclaimer | 10 |



# The brief

## Introduction

On January 8, 2020 ▇▇▇▇▇▇▇▇▇▇ requested GreyList Trace Limited (GLT) to establish connections between three groups of people and their multiple email addresses.

The assignment involved testing 248 possible combinations.



# Email Groups

## Group A

### Battushig Batbold

1. Battushig.batbold@gmail.com
2. battushigbatbold@gmail.com
3. battushigb@yahoo.com

### Sukhbaatar Batbold

1. Batbold_s@parliament.mn
2. Batbold_sukhbaatar2@yahoo.com

## Group B

### Cheong Choo Young

1. 3956039@gmail.com
2. ceo@mid-link.com
3. copperconsultingcorp@gmail.com
4. esemholdings@yahoo.com
5. genetrade@yahoo.com
6. junuminu@naver.com
7. junupa@hotmail.com
8. junupa@samsung.com
9. lidexholdings@yahoo.com
10. mong_consulting@yahoo.com
11. nicholas@esemholdings.com
12. ochirmetals@yahoo.com
13. quick.bizcenter@yahoo.com
14. tugelagroup@rocketmail.com

### Kim Hak Seon

1. catrisonlimited@yahoo.com

### Kim Yoonjung

1. conc@catrison.com

## Group C

### Eoin Barry Saadien

1. Eoin.saadien@gmail.com
2. eb.saadien@btinternet.com

### Andrew John Mooney

1. ajmooney@wolmar.com.hk
2. ajmooney@apmining.com

### Mark Anthony Forsyth

1. Mark.forsyth@cliveden-ag.ch
2. Mark.forsyth@cliveden-trading.ch
3. Clivedenmongolia@gmail.com
4. operations@cliveden-trading.ch



# The process

GLT deployed GreyList Connect to establish which of the 248 pairs of email addresses had been in communication. There were 26 positive results representing 11 percent of the total. A positive result means that there has been two-way communication between the pair of email addresses.

GLT Connect is a technique that was first developed in 2013 and has been used on multiple occasions since that date. It establishes, legally, whether email address A has been in communication with email address B. GLT's principal commercial product: GreyList is utilised to identify in which banks persons of interest hold accounts. In this case, email address B is represented by a database of every bank in the world.

The GreyList Connect process is proprietary software and its technical specifications are confidential. However, GLT has advice in the UK from Philip Coppel QC and Matthew Richardson, author of Cyber Crime: Law & Practice, that the process is legal in relation to not breaching computer misuse legislation and does not involve phishing, passing off or fraudulent misrepresentation. GLT also has advice in the US at Federal and State level.

GLT is prepared to reveal that its process involves converting the email address into a piece of code that does not carry any personal information but has sufficient characteristics of the email address to enable a spam filter to recognise whether it has encountered that email address before. In other words, that email address has been whitelisted by the spam filter. Almost all email addresses, personal and corporate, are protected by spam filters to varying degrees. It is important to understand that no communication from GLT ever gets delivered to the recipient email address. Each communication is designed to self-destruct once GLT has obtained the information it needs.

GreyList Trace Limited is a company incorporated in the UK in October, 2017 to demerge the GreyList process from the company in which it was developed and to further develop and market it as a stand alone product. GLT raised £1.35 million in April, 2018 for 20 percent of the company from Deepbridge Capital LLP. GLT is a strategic partner of ICC Fraudnet.



# Group A
## Greylist Detailed Results

| 2 Emails | 14 Matching pairs |

## Key Information

| Group A | Group B |
|---|---|
| Batbold_sukhbaatar2@yahoo.com | genetrade@yahoo.com |
| Batbold_sukhbaatar2@yahoo.com | tugelagroup@rocketmail.com |
| Batbold_sukhbaatar2@yahoo.com | catrisonlimited@yahoo.com |
| Batbold_sukhbaatar2@yahoo.com | mong_consulting@yahoo.com |
| Batbold_sukhbaatar2@yahoo.com | copperconsultingcorp@gmail.com |
| battushigb@yahoo.com | genetrade@yahoo.com |
| battushigb@yahoo.com | tugelagroup@rocketmail.com |
| battushigb@yahoo.com | catrisonlimited@yahoo.com |
| battushigb@yahoo.com | mong_consulting@yahoo.com |

| Group A | Group C |
|---|---|
| Batbold_sukhbaatar2@yahoo.com | Eoin.saadien@gmail.com |
| Batbold_sukhbaatar2@yahoo.com | eb.saadien@btinternet.com |
| Batbold_sukhbaatar2@yahoo.com | Clivedenmongolia@gmail.com |
| battushigb@yahoo.com | Eoin.saadien@gmail.com |
| battushigb@yahoo.com | eb.saadien@btinternet.com |



# Group B
## Greylist Detailed Results

**10** Emails    **21** Matching pairs

## Key Information

| Group B | Group A |
|---|---|
| genetrade@yahoo.com | Batbold_sukhbaatar2@yahoo.com |
| genetrade@yahoo.com | battushigb@yahoo.com |
| tugelagroup@rocketmail.com | Batbold_sukhbaatar2@yahoo.com |
| tugelagroup@rocketmail.com | battushigb@yahoo.com |
| catrisonlimited@yahoo.com | Batbold_sukhbaatar2@yahoo.com |
| catrisonlimited@yahoo.com | battushigb@yahoo.com |
| mong_consulting@yahoo.com | Batbold_sukhbaatar2@yahoo.com |
| mong_consulting@yahoo.com | battushigb@yahoo.com |
| copperconsultingcorp@gmail.com | Batbold_sukhbaatar2@yahoo.com |

| Group B | Group C |
|---|---|
| 3956039@gmail.com | Clivedenmongolia@gmail.com |
| 3956039@gmail.com | Eoin.saadien@gmail.com |
| copperconsultingcorp@gmail.com | Clivedenmongolia@gmail.com |
| mong_consulting@yahoo.com | Clivedenmongolia@gmail.com |
| mong_consulting@yahoo.com | Eoin.saadien@gmail.com |
| quick.bizcenter@yahoo.com | Clivedenmongolia@gmail.com |
| junupa@hotmail.com | Eoin.saadien@gmail.com |
| junupa@hotmail.com | Mark.forsyth@cllveden-trading.ch |
| junupa@hotmail.com | ajmooney@wolmar.com.hk |
| genetrade@yahoo.com | Clivedenmongolia@gmail.com |
| ochirmetals@yahoo.com | Eoin.saadien@gmail.com |
| ochirmetals@yahoo.com | operations@cliveden-trading.ch |



# Group C
## Greylist Detailed Results

**6** Emails   |   **17** Matching pairs

## Key Information

| Group C | Group A |
|---|---|
| Eoin.saadien@gmail.com | Batbold_sukhbaatar2@yahoo.com |
| Eoin.saadien@gmail.com | battushigb@yahoo.com |
| eb.saadien@btinternet.com | Batbold_sukhbaatar2@yahoo.com |
| eb.saadien@btinternet.com | battushigb@yahoo.com |
| Clivedenmongolia@gmail.com | Batbold_sukhbaatar2@yahoo.com |

| Group C | Group B |
|---|---|
| Clivedenmongolia@gmail.com | 3956039@gmail.com |
| Clivedenmongolia@gmail.com | mong_consulting@yahoo.com |
| Clivedenmongolia@gmail.com | quick.bizcenter@yahoo.com |
| Clivedenmongolia@gmail.com | copperconsultingcorp@gmail.com |
| Clivedenmongolia@gmail.com | genetrade@yahoo.com |
| Eoin.saadien@gmail.com | 3956039@gmail.com |
| Eoin.saadien@gmail.com | mong_consulting@yahoo.com |
| Eoin.saadien@gmail.com | junupa@hotmail.com |
| Eoin.saadien@gmail.com | ochirmetals@yahoo.com |
| Mark.forsyth@cliveden-trading.ch | junupa@hotmail.com |
| ajmooney@wolmar.com.hk | junupa@hotmail.com |
| operations@cliveden-trading.ch | ochirmetals@yahoo.com |



# The next steps

- The GLT Connect Process has established at a 98 percent confidence level which pairs of email addresses have been in communication. Based on this information you may be able to deploy additional mechanisms and techniques to establish if the two parties have communicated through any other media or in person. We assume that you have a significant contact base of people and organisations who can assist in this process. We also have contacts who may be able to assist you.

- Insofar as your advisors wish to use the results of GreyList Connect in court proceedings we will be happy to consult with your advisors and provide them with any reasonable support and information. If the time and resource requirement of doing this becomes onerous we may need to charge an additional fee. We will be as open as we can with you about the process subject to our commercial confidentiality.

- We have tested the majority of the email combinations you provided to us in our initial discussions. If you wish us to test the remainder we will be happy to do this and can quote a fee accordingly.



# Disclaimer

i. This report including any enclosures and attachments ("Report") has been prepared pursuant to (and in accordance with) our Terms of Trade.

ii. Each Report is provided solely for the exclusive use and benefit of the addressee(s) named in it for their internal business use and is personal to the addressee(s). It must not be reproduced, distributed, shared or otherwise disseminated or communicated, in whole or in part, to any third party without our prior written consent.

iii. While we have prepared the Report in good faith, no representation, warranty, assurance or undertaking (express or implied) is or will be made, and no responsibility or liability is or will be accepted by us or by any of our officers, employees or agents in relation to the adequacy, accuracy, completeness or reasonableness of this Report, or of any other information (whether written or oral), notice or document supplied or otherwise made available to any addressee or third party or its or their advisers in connection with the Report or the investigation relating to it.

iv. The Report has been produced on the basis of the instructions and information given to us by or on behalf of the addressee(s) (the "Instructions"). We do not warrant, represent, undertake or guarantee that the contents of the Report will enable the addressee(s) to achieve any particular outcome, nor do we accept any responsibility or liability for any errors or omissions resulting from any inaccuracy in the Instructions.

v. We also do not warrant or represent that the information in this Report is comprehensive or accurate in all respects and in all circumstances. We endeavour to ensure the accuracy of our Report solely based on the information and instructions provided and the steps taken as set out explicitly in the Report itself. No other investigations or information have been undertaken or taken into account when producing the Report.

vi. Each addressee is reminded that they must take their own business decisions as a result of their own investigations and that this Report has been produced solely with a view to providing additional information to the addressee(s) where practically available.

vii. Each addressee is also reminded that they must not rely upon the Report or any part of it and must come to their own determination, using their own skills, experience and data, as to any acts they wish to take or not take without placing any reliance upon the Report.

viii. Nothing set out in the Report is intended to be, nor shall it be deemed to be, legal advice of any kind or any form of advice as to the merits or otherwise of any particular course of action or inaction. It is solely the responsibility of each addressee to seek their own, independent legal advice prior to taking or not taking any action.

ix. By accepting this Report, each addressee agrees to be bound by the foregoing limitations.

x. This Report and the foregoing limitations are subject to the laws of England and Wales.

