UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Petition of<br><br>Agency for Policy Coordination on State Property; Erdenet Mining Corporation; Erdenes Oyu Tolgoi LLC<br><br>For an Order to Take Discovery from JPMorgan Chase Bank, N.A.<br><br>Pursuant to 28 U.S.C. § 1782 in Aid of a Foreign Proceeding | Civil Action No. 21-mc-00178-VSB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss without prejudice their petition for an order pursuant to 28 U.S.C. § 1782.

Dated: April 1, 2022

Respectfully submitted,

*/s/ J. Emmett Murphy*
J. Emmett Murphy
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2191
Fax: (212) 556-2222
jemurphy@kslaw.com

Alexander Kazam
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 737-0500
Fax: (202) 626-3737
akazam@kslaw.com

*Attorneys for Petitioners Agency for Policy Coordination on State Property, Erdenet Mining Corporation, Erdenes Oyu Tolgoi LLC*