# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

J. Emmett Murphy
Direct Dial: 212-556-2191
jemurphy@kslaw.com

April 1, 2022

VIA ELECTRONIC FILING

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Ex Parte Application of Agency for Policy Coordination on State Prop., et al.*, No. 21-mc-178 (VSB)

Dear Judge Broderick:

    I write respectfully on behalf of Petitioners the Agency for Policy Coordination on State Property, Erdenes Oyu Tolgoi LLC, and Erdenet Mining Corporation in further update to the Court as stated in my letter to the Court dated March 16, 2022 (Dkt. 13) and the Court's order of March 17, 2022 (Dkt. 14). While we continue to communicate with the Office of the Prosecutor General concerning the developments described in my March 16 letter (and assess an additional document provided only in Mongolian from Mr. Batbold's counsel this morning, which counsel states came from the Prosecutor General) we have today filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41 (Dkt. 32).

Sincerely,

*/s/ J. Emmett Murphy*

J. Emmett Murphy

cc:    All Counsel of Record (via ECF)